UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETAIL BRAND ALLIANCE, INC.,

    -against-

FACTORY MUTUAL INSURANCE CO.,

    Defendant.

05 Civ. 1031 (RJH)

**ORDER**

For the reasons stated on the record at the July 23, 2009 conference, defendant's motion for partial summary judgment [111] is DENIED.

SO ORDERED.

Dated: New York, New York
      August 2, 2009

Richard J. Holwell
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09